■ FRANCIS SGAMBELLURI, Appellant, v. TOWN OF COLONIE et al., Respondents.—

Staley, Jr., J. P., Greenblott, Cooke, Sweeney and Simons, JJ., concur.